**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1670**

ENRIQUE ALEXANDER HERNANDEZ RODRIGUEZ,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: March 11, 2019                          Decided: March 28, 2019

Before WILKINSON and FLOYD, Circuit Judges, and DUNCAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Joseph A. Devamithran, LAW OFFICE OF JOSEPH A. DEVAMITHRAN, Annandale, Virginia, for Petitioner. Joseph H. Hunt, Acting Assistant Attorney General, Paul Fiorino, Senior Litigation Counsel, Timothy Bo Stanton, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrique Alexander Hernandez Rodriguez (Rodriguez), a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing Rodriguez's appeal from the Immigration Judge's denial of his applications for withholding of removal and protection under the Convention Against Torture. We have reviewed the arguments pressed by Rodriguez in conjunction with the certified administrative record, including the transcript of the merits hearing and all supporting evidence, and the relevant legal authorities. Despite Rodriguez's assertions to the contrary, we conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence "on the record considered as a whole" supports the denial of relief in this case, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992) (internal quotation marks omitted).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Rodriguez* (B.I.A. May 15, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*